# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER NAHACZEWSKI,<br><br>*Plaintiff*,<br><br>v.<br><br>BUCK GLOBAL, LLC; AND ABC CORPS (I–V); AND JANE AND JOHN DOE INDIVIDUALS (1–10)<br><br>*Defendants*. | Civil Action No.<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant Buck Global, LLC. ("Buck Global") respectfully removes this action, pursuant to 28 U.S.C §§ 1332(A), 1441 and 1146, from the Superior Court of the State of New Jersey, Law Division, Union County, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Buck Global states the following:

**The State Court Action**

1. On July 25, 2017, plaintiff Peter Nahaczewski ("Plaintiff") commenced the current action against Buck Global, ABC Corps, and Jane and John Doe individuals (collectively, the "Defendants") in the Superior Court of the State of New Jersey, Law Division, Union County, captioned *Peter Nahaczewski v. Buck Global, LLC, and ABC Corps (I–V); and Jane and John Doe individuals (1–10)*, Docket No. UNN-L-1853-20 (the "State Court Action"). A true and correct copy of the Summons and Complaint is attached as **Exhibit 1**, which constitutes all pleadings and process in this action.

2. Buck Global is the only named defendant in the State Court Action.

3. By filing this Notice of Removal, Buck Global does not waive any defense that may be available to it, including jurisdictional defenses.

\\DC - 754381/000027 - 15385822 v2

4. On August 7, 2020, Buck Global was served with a copy of the Summons and Complaint through its registered agent, CSC.

5. The Summons and Complaint constitute all process and pleadings received by Buck Global to date in this action.

6. Buck Global has not yet answered the Complaint and the time to file a response to the Complaint has not yet expired.

7. This Notice of Removal is being filed within thirty days of Buck Global's receipt of service of the Summons and Complaint, as required by 28 U.S.C. § 1446(b).

8. This Notice of Removal is being filed in the United States District Court for the District of New Jersey pursuant to 28 U.S.C § 1446(a), because the Superior Court is located within this District.

9. Pursuant to 28 U.S.C § 1446(d), Buck Global will file a Notice of Filing of Notice of Removal, a copy of which is annexed hereto as **Exhibit 2**, and a copy of this Notice of Removal with the Clerk of Superior Court of New Jersey at the Union County Courthouse, 2 Broad St., Elizabeth, New Jersey, 07201.

10. Buck Global will provide written notice to opposing counsel via service of the Notice of Filing of Notice of Removal and a copy of this Notice of Removal, pursuant to 28 U.S.C. §1446(d), and will comply with all other procedural mandates applicable to this Notice of Removal.

11. The Summons and Complaint asserts claims against Buck Global for alleged violation of New Jersey Law Against Discrimination Section 10:5-1 *et. seq.*, which prohibits discrimination against employees on the basis of age ("Count One"). Compl. ¶ 15. Plaintiff alleges that Buck Global terminated his employment on the basis of age. Plaintiff further alleges

that Buck Global participated in, aided, abetted, furthered, advanced, and/or conspired to engage in one or more of the discriminatory and unlawful practice(s) alleged in Count One, and/or other yet unknown and allegedly illegal acts against Plaintiff in violation of the New Jersey Law Against Discrimination, Section 10:5-1 *et. seq.* and other state laws ("Count Two"). Compl. ¶ 20.

12. Plaintiff seeks an award of monetary damages including, but not limited to, lost, past and future salary and fringe benefits, compensatory damages, including "diminishment of career opportunity." Compl. ¶¶ 28, 32, 37 and 41. Plaintiff also seeks monetary damages for alleged emotional and emotional distress and physical manifestations of pain and suffering. Plaintiff also seeks to recover punitive damages and attorneys' fees.

**The Basis for Removal**

13. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a), and this action may be removed by Buck Global pursuant to 28 U.S.C. §1441, because it is a civil action wherein: (1) complete diversity of citizenship exists among the parties; and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

14. There is complete diversity of citizenship between the Plaintiff and Defendant in this action.

   a. Upon information and belief, Plaintiff is an individual who is a citizen of New Jersey. *See* Compl. ¶ 1.

   b. Buck Global is a citizen of states other than New Jersey within the meaning of 28 U.S.C. § 1332(c)(1) because Buck Global is now, and was at the time this action commenced, a corporation incorporated under the laws of the State of Delaware and headquartered in New York.

15. The amount in controversy exceeds $75,000, exclusive of interests and costs.

    a. Although Plaintiff's Complaint does not indicate the amount of damages sought, by reason of the factual allegations of the Complaint, the nature of the claims asserted by Plaintiff, and the relief he has requested, it appears to a reasonable probability that the claim exceeds the sum or value of $75,000, exclusive of interest and costs.

    b. Plaintiff asserts that his employment was terminated in violation of the New Jersey Law Against Discrimination. He alleges that Buck Global has "deprived [him] of his salary, benefits, [and] financial security" for which he seeks lost income, *i.e.*, lost, past and future pay and fringe benefits, in addition to all other relief permitted by the New Jersey Law Against Discrimination. Compl. ¶¶ 16, Wherefore Clause.

    c. Plaintiff also seeks compensatory damages for emotional distress and physical manifestations of pain and suffering. *Id.* ¶ 16

    d. Plaintiff also seeks punitive damages. *Id.*, Wherefore Clause.

    e. Plaintiff also seeks attorney's fees. *Id.*, Wherefore Clause.

16. By reason of the above, the State Court Action is removable from the Superior Court of New Jersey to this Court pursuant to 28 U.S.C. §1441(a) because the Complaint raises claims over which this Court has original jurisdiction under 28 U.S.C. §1332.

WHEREFORE, Buck Global respectfully removes the State Court Action now pending in the Superior Court of New Jersey, Law Division, Union County to this Court.

Dated: Caldwell, NJ
       September 8, 2020.

/s/ Michael R. DiChiara

Michael R. DiChiara
KRAKOWER DICHIARA LLC
333 Bloomfield Avenue, Suite 202
Caldwell, NJ 07006
Tel: 201-746-0303
Fax: 866-417-2333
md@kdlawllc.com

David J. Baron
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Tel: 212.918.3000
Fax: 212.918.3100
david.baron@hoganlovells.com