**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PETER NAHACZEWSKI, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION |
| *Plaintiff*, | UNION COUNTY |
| | |
| v. | Docket No. UNN-L-1853-20 |
| | |
| BUCK GLOBAL, LLC; AND ABC CORPS (I–V); AND JANE AND JOHN DOE INDIVIDUALS (1–10) | **NOTICE OF FILING** <br> <u>**NOTICE OF REMOVAL**</u> |
| | |
| *Defendants*. | |

**TO:** Clerk of the Court
   Superior Court of New Jersey
   Law Division
   Union County Courthouse
   2 Broad Street
   Elizabeth, NJ 07201

**SIR/MADAM**:

   **PLEASE TAKE NOTICE** that on this date Defendant Buck Global, LLC has removed

the above-captioned case from the Superior Court of New Jersey, Law Division, Union County,

to the United States District Court for the District of New Jersey pursuant to 28 U.S.C

§§ 1332(A), 1441 and 1146. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

   This Notice of that filing is given pursuant to the provision of 28 U.S.C. § 1446(d).


Dated: Caldwell, NJ                    /s/ Michael R. DiChiara
       September 8, 2020

                            Michael R. DiChiara
                            KRAKOWER DICHIARA LLC
                            333 Bloomfield Avenue, Suite 202
                            Caldwell NJ 07006
                            Tel: 201-746-0303
                            Fax: 866-417-2333
                            md@kdlawllc.com

                            David Baron
                            HOGAN LOVELLS US LLP
                            390 Madison Avenue
                            New York, NY 10017

Tel: 212.918.3000
Fax: 212.918.3100
david.baron@hoganlovells.com

*Attorneys for Defendant Buck Global, LLC*